An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL V. MERRY,
Appellant,
vs.
K. WIDMAR, INVESTIGATOR FOR
INVESTIGATORS GENERAL AT
CENTRAL OFFICE FOR NDOC; LT.
SENIOR CORRECTIONAL OFFICER
JOHN HENLEY; HEARING
DISCIPLINARY HEARING SERGEANT
OFFICER EUGENE MURGIA;
CORRECTIONS OFFICERS
RODRIGUES; MECCA; VIRDARRI;
ESCUDIA; LT. ARGUELLA; INMATES
DAVID BARNHARTT; KEVIN PAME;
MIKE MENESES (ALL LIVING IN
SAME CELL AS PETITIONER); AND
DUSTIN GONGAWARE, WHO LIVED
IN SAME UNIT AS PETITIONER, BUT
LIVED DOWN THE HALL FROM
PETITIONER'S CELL,
Respondents.

No. 62816

FILED

MAY 2 4 2013


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's April 12, 2013, motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_Pickering_____, C.J.

cc:    Hon. James Todd Russell, District Judge
       Daniel V. Merry
       Attorney General/Carson City
       Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15457